**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COURTNEY SMITH,　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 149926

v.　　　　　　　　　　　No. 5:15CV00015-JLH-JJV

ANNIE RECTOR, Mental Health Counselor,
Arkansas Department of Correction; *et al.*　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　Plaintiff's claims against defendants Robert Parker and Niya W. Battles are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2.　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 4th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE