# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

COURTNEY SMITH,                                                                                           PLAINTIFF
ADC # 149926

v.                                     5:15CV00015-JLH-JJV

ANNIE RECTOR, Mental Health Counselor,
Arkansas Department of Correction; *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Defendant Shawn Richard's Motion for Summary Judgment (Doc. No. 43) is GRANTED.

2.     Defendant Shawn Richard is DISMISSED without prejudice due to Plaintiff's failure to exhaust administrative remedies against him.

SO ORDERED this 25th day of November, 2015.

                                                              _____
                                                              J. LEON HOLMES
                                                              UNITED STATES DISTRICT JUDGE