**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

COURTNEY SMITH,                                                                                          PLAINTIFF
ADC # 149926

v.                                              5:15CV00015-JLH-JJV

ANNIE RECTOR, Mental Health Counselor,
Arkansas Department of Correction; *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 25th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE